## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **SHANNON MILBURN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIV. ACTION NO. _____** |
| | § | |
| **BRAUM'S, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## INDEX OF MATTERS BEING FILED

| ITEM | EXHIBIT NUMBER | BATES NUMBER |
|---|---|---|
| List of all parties in the case, their party type, and current status of the removed case | Exhibit 1 | 000001-000002 |
| Civil Cover Sheet and Attachment | Exhibit 2 | 000003-000007 |
| Copy of 141st District Court of Collin County, Texas Docket Sheet for the Action | Exhibit 3 | 000008-000009 |
| Copy of Plaintiff's Original Petition | Exhibit 4 | 000010-000016 |
| Copy of Civil Citation Issued to Braum's, Inc. | Exhibit 5 | 000017-000019 |
| Copy of Service Return re: Braum's, Inc. | Exhibit 6 | 000020-000023 |
| Copy of Braum's, Inc. Original Answer | Exhibit 7 | 000024-000027 |
| List of All Counsel of Record | Exhibit 8 | 000028-000030 |
| Record of which parties have requested a jury trial | Exhibit 9 | 000031-000032 |

| Name and address of court from which the Action is removed | Exhibit 10 | 000033-000034 |
|---|---|---|

Respectfully submitted,

**SCOTT A. SHANES**
State Bar No. 00784953
sshanes@clarkhill.com
**DANIEL P. TROIANO**
State Bar No. 24106520
dtroiano@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
(469) 287-3900
(469) 287-3999 Fax

**ATTORNEYS FOR DEFENDANT
BRAUM'S, INC.**

# EXHIBIT 1

## LIST OF ALL PARTIES IN THE ACTION AND STATUS OF REMOVED CASE

The following is a complete list of all parties in the civil action titled *Shannon Milburn v. Braum's, Inc.*, Cause No. 141-325957-21, which was commenced in the 141st District Court of Tarrant County, Texas (the "Action") and is being removed to the United States District Court for the Northern District of Texas, Fort Worth Division:

| Name of Party | Party Type |
|---|---|
| Shannon Milburn | Plaintiff |
| Braum's, Inc. | Defendant |

The removed Action is currently pending.

This 22nd day of July, 2021.

Respectfully submitted,

**SCOTT A. SHANES**
State Bar No. 00784953
sshanes@clarkhill.com
**DANIEL P. TROIANO**
State Bar No. 24106520
dtroiano@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
(469) 287-3900
(469) 287-3999 Fax

**ATTORNEYS FOR DEFENDANT
BRAUM'S, INC.**

# EXHIBIT 2

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Shannon Milburn | Braum's, Inc. |

| (b) County of Residence of First Listed Plaintiff  Tarrant County, Texas | County of Residence of First Listed Defendant  Oklahoma City, Oklahoma |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| | |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☒ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | PROPERTY RIGHTS | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | PERSONAL PROPERTY | LABOR | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | SOCIAL SECURITY | Protection Act |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | FEDERAL TAX SUITS | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | IMMIGRATION | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | Other: | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
Another District
*(specify)*

☐ 6  Multidistrict
Litigation -
Transfer

☐ 8  Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332, 28 U.S.C. Sections 1441(a)-(b), and 28 U.S.C. Section 1446

Brief description of cause:
Removal, based on 28 U.S.C. Section 1332, of a civil action brought in State court for personal injury

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:     ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE     see attachment-Judge John P. Chupp     DOCKET NUMBER  141-325957-21

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| July 22 , 2021 | /s/ Scott A. Shanes |

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

000004

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

 (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

 (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

## ATTACHMENT TO CIVIL COVER SHEET

# Section I(c). Attorneys

| Name of Party | Party Type | Attorney |
|---|---|---|
| Shannon Milburn | Plaintiff | Timothy R. Reilley<br>State Bar No. 00797297<br>Max M. Murphy<br>State Bar No. 24098159<br>8222 Douglas Ave, Suite 400<br>Dallas, TX 75225<br>214-526-7900<br>214-526-7910 (fax)<br>Email: tim@reyeslaw.com<br>Email: max@reyeslaw.com |
| Braum's, Inc. | Defendant | SCOTT A. SHANES<br>State Bar No. 00784953<br>sshanes@clarkhill.com<br>DANIEL P. TROIANO<br>State Bar No. 24106520<br>dtroiano@clarkhill.com<br>CLARK HILL PLC<br>2600 Dallas Parkway<br>Suite 600<br>Frisco, TX 75034<br>(469) 287-3900<br>(469) 287-3999 Fax |

# Section II. Citizenzhip of Principal Parties

| Party Name | Party Type | Citizen of This State | Citizen of Another State | Incorporated and Prinicpal Place of Business In Another State |
|---|---|---|---|---|
| Shannon Milburn | Plaintiff | Yes | | |

| Braum's, Inc. | Defendant | No | Yes | Yes |

## Section III. Related Case(s) If Any

| Judge | Docket Number | Court | Plaintiff | Defendant |
|---|---|---|---|---|
| Hon. John P. Chupp | 141-325957-21 | 141st District Court of Tarrant County, Texas | Shannon Milburn | Braum's, Inc. |

Respectfully submitted,

**SCOTT A. SHANES**
State Bar No. 00784953
sshanes@clarkhill.com
**DANIEL P. TROIANO**
State Bar No. 24106520
dtroiano@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
(469) 287-3900
(469) 287-3999 Fax

**ATTORNEYS FOR DEFENDANT BRAUM'S, INC.**

Dated: July 22, 2021.

# EXHIBIT 3

# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil Case and Transaction Information                           07/22/2021 11:00 AM

**Court :** [ 141 ∨ ]  **Case :** [ 325957 ]  [ Search ]  [ New Search ]  ☐ Show Service Documents ONLY

**Cause Number : 141-325957-21**                              **Date Filed : 06-18-2021**

SHANNON MILBURN  **|VS |**  BRAUM'S, INC.

**Cause of Action :** INJURY OR DAMAGE, PREMISES

**Case Status :** PENDING

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|
| 06-18-2021 | PLTF'S ORIG PET | PDF | N | $289.00 | |
| 06-18-2021 | PAYMENT RECEIVED trans #1 | | Y | | $289.00 |
| 06-18-2021 | LTR REQ CIT (EMAIL) (SENT TO DOC PROD EM) | PDF | | | $0.00 |
| 06-18-2021 | CIT-ISSUED ON BRAUM'S INC-On 06/21/2021 | PDF | N  Svc | $8.00 | |
| 06-18-2021 | PAYMENT RECEIVED trans #4 | | Y | | $8.00 |
| 06-18-2021 | JURY FEE | | N | $40.00 | |
| 06-18-2021 | PAYMENT RECEIVED trans #6 | | Y | | $40.00 |
| 07-13-2021 | AFFDT OF SVC - BRAUMS INC | PDF | | | $0.00 |
| 07-13-2021 | CIT Tr# 4 RET EXEC(BRAUM'S INC) On 06/23/2021 | PDF | | | $0.00 |
| 07-16-2021 | DEFNS ORIG ANS | PDF | | | $0.00 |

000009

# EXHIBIT 4

FILED
TARRANT COUNTY
6/18/2021 11:42 AM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 141-325957-21 _____

| | | |
|---|---|---|
| SHANNON MILBURN | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| v. | § | _____ JUDICIAL DISTRICT |
| | § | |
| | § | |
| BRAUM'S, INC. | § | TARRANT COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Shannon Milburn ("Plaintiff") files this Original Petition complaining of Defendant Braum's, Inc. ("Defendant") and for cause of action states the following:

## DISCOVERY CONTROL PLAN

1.    Pursuant to Rules 190.1 and 190.3 of the Texas Rules of Civil Procedure, Plaintiff states that discovery in this cause is intended to be conducted under Level 3.

## JURY DEMAND

2.    Pursuant to Rules 216 and 217 of the Texas Rules of Civil Procedure, Plaintiff requests a jury trial of this matter.  Accordingly, Plaintiff tenders the proper jury fee with the filing of Plaintiff's Original Petition.

## PARTIES

3.    Plaintiff Shannon Milburn is an individual residing in Tarrant County, Texas.

4.    Defendant Braum's, Inc. is an incorporated entity and may be served through its registered agent CT Corporation System at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## ASSUMED NAMES

5.    Pursuant to TEX. R. CIV. P. 28, Plaintiff hereby gives Defendant Braum's, Inc. notice that it is being sued in all of its business, common, trade, or assumed names regardless of

000011

whether such businesses are partnerships, unincorporated associations, individuals, entities, and/or private corporations. Plaintiff hereby demands that upon answering this suit, Defendant Braum's, Inc. answer in its correct legal name(s) and assumed name(s).

### VENUE AND JURISDICTION

6.    Venue is proper in this Court by virtue of Tex. Civ. Prac. & Rem. Code §15.002(a). Furthermore, this Court has jurisdiction in that the damages being sought are within the jurisdictional limits of this Court.

### FACTS

7.    This lawsuit is based on an incident occurring on or about January 16, 2020 inside Braum's Store #200 located at 309 N. Main Street, Euless, Texas 76039 (hereinafter referred to as "The Premises").

8.    At the time of the incident, Defendant Braum's, Inc. was the owner and/or possessor of The Premises.

9.    At the time of the incident, Plaintiff was lawfully on The Premises as an invitee. Defendant Braum's, Inc. owed a duty to protect Plaintiff from the condition made the basis of this lawsuit (herein referred to as "The Incident").

10.    At the time of The Incident, Plaintiff was inside of The Premises and slipped on spilled liquid on the floor. Plaintiff suffered serious injuries to her left knee and right elbow.

11.    The Incident was proximately caused by the existence of a condition on The Premises that was unreasonably dangerous and constituted an unreasonable risk of harm.

12.    Defendant knew or should have known of the danger such condition posed.

13.    The Incident was proximately caused by the negligence of Defendant.

Plaintiff's Original Petition - Page 2 of 6

## CAUSES OF ACTION

### Negligence and Premises Liability

14.   At the time of the Incident, Defendant was the owner and/or possessor of The Premises.

15.   Plaintiff was an invitee of Defendant.  Defendant owed Plaintiff a duty to protect her from the condition made the basis of this suit.

16.   At the time of The Incident, Plaintiff was on The Premises of Defendant when she slipped and fell due to spilled liquid on the floor.  This condition posed an unreasonable risk of harm.  Defendant knew or should have known about this unreasonable risk of harm. Defendant created and/or failed to timely and appropriately remedy the hazard which caused Plaintiff's fall and injuries.

17.   On the occasion in question, Defendant acting through its agents, servants, and/or employees who were at all times acting within the course and scope of their employment committed acts and/or omissions that constituted negligence which proximately caused the incident in question; to wit:

    a.   In failing to maintain the premises in question in a reasonably safe condition and free of hazards to Plaintiff and other invitees entering the premises;

    b.   In failing to correct the unreasonably dangerous condition which was created by the condition of the premises in question;

    c.   In failing to warn invitees, including the Plaintiff of the dangerous condition of the premises in question;

    d.   In failing to properly inspect the premises in question to discover the unreasonably dangerous condition created by the condition in question;

    e.   In failing to properly train its agents, servants, and/or employees regarding the proper manner in which to make the premises reasonably safe;

    f.   In failing to implement proper policies, rules, and/or procedures to make its premises reasonably safe; and

    g.   In failing to enforce proper policies, rules, and/or procedures to make its premises reasonably safe.

18.    Each of the foregoing acts or omissions, singularly or in combination with others, constituted negligence, which proximately caused The Incident and Plaintiff's injuries and damages.

## PERSONAL INJURIES AND DAMAGES

19.    As a result of Defendant's negligent actions, Shannon Milburn suffered personal injuries. Consequently, Shannon Milburn seeks recovery of the following damages:

a.    Medical Expenses:  Shannon Milburn incurred bodily injuries which were caused by The Incident and Shannon Milburn incurred medical expenses for treatment of such injuries.  Shannon Milburn believes that, in reasonable medical probability such injuries will require the need for future medical care.

b.    Physical Pain:  Shannon Milburn endured physical pain as a result of the personal injuries sustained in The Incident and reasonably anticipates such pain will continue in the future.

c.    Mental Anguish:  Shannon Milburn endured mental anguish as a result of the personal injuries sustained in The Incident and reasonably anticipates such mental anguish will continue in the future.

d.    Disfigurement: Shannon Milburn endured disfigurement as a result of the personal injuries sustained in The Incident and reasonably anticipates such will continue in the future.

e.    Impairment: Shannon Milburn endured physical impairment as a result of the personal injuries sustained in The Incident and reasonably anticipates such in the future.

f.    Loss of Earning Capacity:  Shannon Milburn lost wages as a result of the personal injuries sustained in The Incident. Shannon Milburn reasonably believes that such injuries will diminish Plaintiff's earning capacity in the future.

## AGGRAVATION

20.    In the alternative, if it be shown that the Plaintiff suffered from any pre-existing injury, disease and/or condition at the time of the incident made the basis of the lawsuit, then such

injury, disease and/or condition was aggravated and/or exacerbated by the negligence of the Defendant.

## U.S. LIFE TABLES

21.     Notice is hereby given to the Defendant that Plaintiff intends to use the U. S. Life Tables as published by the Department of Health and Human Services - National Vital Statistics Report in the trial of this matter.  Plaintiff requests  that this Honorable Court take judicial notice of those rules, regulations, and statutes of the United States and the State of Texas, pursuant to Texas Rule of Evidence 201 and 1005.

## RELIEF SOUGHT

22.     Pursuant to Texas Rules of Civil Procedure 193.7, notice is hereby given of the intention to use any of the documents exchanged and/or produced between any party during the trial of this case.  All conditions precedent to Plaintiff's right to recover the relief sought herein have occurred or have been performed.

23.     As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff states that the damages sought are in an amount within the jurisdictional limits of this Court.  As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff states that Plaintiff seeks monetary relief in excess of $250,000, but less than $1,000,000. As discovery takes place and testimony is given, Plaintiff will be in a better position to give the maximum amount of damages sought.

24.     Plaintiff requests that Defendant be cited to appear and answer, and that this case be tried after which Plaintiff recover:

        a.      Judgment against Defendant for a sum within the jurisdictional limits of this
                Court for the damages set forth herein;
        b.      Pre-judgment interest at the maximum amount allowed by law;

000015

c.  Post-judgment interest at the maximum rate allowed by law;

d.  Costs of suit; and

e.  Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

REYES | BROWNE | REILLEY

_/s/ Timothy R. Reilley_

Timothy R. Reilley
State Bar No. 00797297
Max M. Murphy
State Bar No. 24098159
8222 Douglas Ave, Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (Fax)
tim@reyeslaw.com
max@reyeslaw.com
**ATTORNEYS FOR PLAINTIFF**

000016

# EXHIBIT 5

## THE STATE OF TEXAS
### DISTRICT COURT, TARRANT COUNTY

*CITATION*                                    *Cause No. 141-325957-21*

SHANNON MILBURN
### VS.
BRAUM'S, INC.

## TO: BRAUM'S INC

B/S REG AGT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS, TX 75201.

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 141st District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

SHANNON MILBURN

Filed in said Court on June 18th, 2021 Against
BRAUM'S INC

For suit, said suit being numbered 141-325957-21 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

TIMOTHY R REILLEY
Attorney for SHANNON MILBURN Phone No. (214)526-7900
Address     8222 DOUGLAS AVE STE 400 DALLAS, TX 75225
_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 21st day of June, 2021.

By ___*Natalie Thigpen*_____ Deputy
NATALIE THIGPEN

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM, on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.
Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN *14132595721000004*
Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____    _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                                   _____
County of _____, State of _____

*CITATION*

Cause No. 141-325957-21

SHANNON MILBURN

VS.

BRAUM'S, INC.

ISSUED

This 21st day of June, 2021

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By        NATALIE THIGPEN Deputy

TIMOTHY R REILLEY
Attorney for: SHANNON MILBURN
Phone No. (214)526-7900
ADDRESS: 8222 DOUGLAS AVE STE 400

DALLAS, TX 75225

*CIVIL LAW*



*14132595721000004*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

# EXHIBIT 6

FILED
TARRANT COUNTY
7/13/2021 2:23 PM
THOMAS A. WILDER
DISTRICT CLERK

## THE STATE OF TEXAS
### DISTRICT COURT, TARRANT COUNTY

*CITATION*                    Cause No. *141-325957-21*

SHANNON MILBURN
VS.
BRAUM'S, INC.

TO: BRAUM'S INC

B/S REG AGT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS, TX 75201-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 141st District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

SHANNON MILBURN

Filed in said Court on June 18th, 2021 Against
BRAUM'S INC

For suit, said suit being numbered 141-325957-21 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

TIMOTHY R REILLEY
Attorney for SHANNON MILBURN Phone No. (214)526-7900
Address    8222 DOUGLAS AVE STE 400 DALLAS, TX 75225
___Thomas A. Wilder___ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 21st day of June, 2021.

By _Natalie Thigpen_

NATALIE THIGPEN

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN *14132595721000004*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____    _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ___
to certify which witness my hand and seal of office
(Seal)                              _____
County of _____, State of _____

000021

*CITATION*

Cause No. 141-325957-21

SHANNON MILBURN

VS.

BRAUM'S, INC.

ISSUED

This 21st day of June, 2021

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By          NATALIE THIGPEN Deputy



TIMOTHY R REILLEY
Attorney for: SHANNON MILBURN
Phone No. (214)526-7900
ADDRESS: 8222 DOUGLAS AVE STE 400

DALLAS, TX 75225

*CIVIL LAW*



*14132595721000004*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of TARRANT**                    **141st District Court**

Case Number: 14132595721

Plaintiff:
**SHANNON MILBURN**

vs.

Defendant:
**BRAUM'S, INC.**


FWT2021001555

For:
Timothy R. Reilley
REYES BROWNE
8222 Douglas Avenue
Suite 400
Dallas, TX 75225

Received by Alliance Civil Process, Inc. on the 21st day of June, 2021 at 1:17 pm to be served on BRAUM'S, INC. BY DELIVERING TO REGISTERED AGENT CT CORPORATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201.

I, Donna Jo King, being duly sworn, depose and say that on the 23rd day of June, 2021 at 10:15 am, I:

delivered a true copy of the CITATION AND PLAINTIFF'S ORIGINAL PETITION with the date of service endorsed thereon by me, to:

BRAUM'S, INC. BY DELIVERING TO REGISTERED AGENT CT CORPORATION SYSTEM

by delivering to TERRI THONGSAVAT in person as AUTHORIZED AGENT at the address of: 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201 who stated they are authorized to accept service.

I certify that I am over the age of 18, have no interest in the above action, and am authorized by written order of the court to serve citation and other notices. I have personal knowledge of the facts stated above and declare under penalty of perjury that each is true and correct.

Subscribed and Sworn to before me on the ____ day of
_____ by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

PATRICIA ANN JOHNSON
Notary Public, State of Texas
Comm. Expires 07-27-2021
Notary ID 131225137

_____
Donna Jo King
PSC-11391; Exp 3/31/2022

Alliance Civil Process, Inc.
136 W. McLeroy Blvd., Ste. A
Saginaw, TX 76179
(817) 306-4150

Our Job Serial Number: FWT-2021001555
Ref: 20051984582
Service Fee: _____

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1s



000023

# EXHIBIT 7

141-325957-21

FILED
TARRANT COUNTY
7/16/2021 10:37 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 141-325957-21

| | | |
|---|---|---|
| **SHANNON MILBURN** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **TARRANT COUNTY, TEXAS** |
| | § | |
| **BRAUM'S, INC.,** | § | |
| | § | |
| **Defendant.** | § | **141ST JUDICIAL DISTRICT** |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Braum's, Inc., Defendant in the above-styled and numbered cause, and files this its Original Answer, and would respectfully show the following:

### I.
### GENERAL DENIAL

1.     Pursuant to Tex. R. Civ. P. 92, Defendant Braum's, Inc. ("Defendant") denies generally and materially all allegations contained in Plaintiff Shannon Milburn's ("Plaintiff") Original Petition, and demands strict proof thereof.

### II.
### AFFIRMATIVE DEFENSES

2.     To the extent applicable, Defendant affirmatively states that Plaintiff has failed to mitigate her alleged damages.

3.     Defendant affirmatively states that to the extent applicable, Plaintiff's damages, if any, were proximately caused by her sole negligence.

4.     Plaintiff's damages, if any, are limited by the exemplary damages cap found in Chapter 41 of the Texas Civil Practice & Remedies Code and the excessive fines clause of the

Eighth Amendment, Fourteenth Amendment, the Due Process Clause of the United States Constitution, and the laws of the State of Texas.

5.     To the extent applicable and without admitting that Plaintiff suffered any damages, none of Defendant's alleged actions were done knowingly, intentionally, with malice, with specific intent to cause injury, and/or with reckless indifference to Plaintiff's rights.

6.     Defendant reserves the right to assert additional affirmative defenses.

### III.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Braum's, Inc. respectfully prays that upon final hearing hereof, the Court render judgment that Plaintiff Shannon Milburn take nothing from Defendant as a result of this lawsuit and that Defendant be awarded all other relief to which it may be justly entitled.

Respectfully submitted,

/s/ Daniel P. Troiano
**SCOTT A. SHANES**
State Bar No. 00784953
sshanes@clarkhill.com
**DANIEL P. TROIANO**
State Bar No. 24106520
dtroiano@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
(469) 287-3900
(469) 287-3999 Fax

**ATTORNEYS FOR DEFENDANT BRAUM'S, INC.**

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on July 16, 2021, a true and correct copy of the foregoing was forwarded to all counsel of record in accordance with the Texas Rules of Civil Procedure.

**TIMOTHY R. REILLY**
State Bar No. 00797297
tim@reyeslaw.com
**MAX M. MURPHY**
State Bar No. 24098159
max@reyeslaw.com
**REYES | BROWN | REILLEY**
8222 Douglas Avenue, Suite 400
Dallas, Texas 75225
(214) 526-7900
(214) 526-7910 (Fax)

/s/ Daniel P. Troiano
**DANIEL P. TROIANO**

# EXHIBIT 8

## List of All Counsel of Record for the Parties in the Action

The following is a complete list of all counsel of record for the parties in the civil action titled *Shannon Milburn v. Braum's, Inc.*, Cause No. 141-325957-21, which was commenced in the 141st District Court of Tarrant County, Texas (the "Action") and is being removed to the United States District Court for the Northern District of Texas, Fort Worth Division:

| Name of Party | Party Type | Attorney |
|---|---|---|
| Shannon Milburn | Plaintiff | Timothy R. Reilley<br>State Bar No. 00797297<br>Max M. Murphy<br>State Bar No. 24098159<br>8222 Douglas Ave, Suite 400<br>Dallas, TX 75225<br>214-526-7900<br>214-526-7910 (fax)<br>Email: tim@reyeslaw.com<br>Email: max@reyeslaw.com |
| Braum's, Inc. | Defendant | SCOTT A. SHANES<br>State Bar No. 00784953<br>sshanes@clarkhill.com<br>DANIEL P. TROIANO<br>State Bar No. 24106520<br>dtroiano@clarkhill.com<br>CLARK HILL PLC<br>2600 Dallas Parkway<br>Suite 600<br>Frisco, TX 75034<br>(469) 287-3900<br>(469) 287-3999 Fax |

Respectfully submitted,

**SCOTT A. SHANES**
State Bar No. 00784953
sshanes@clarkhill.com
**DANIEL P. TROIANO**

State Bar No. 24106520
dtroiano@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
(469) 287-3900
(469) 287-3999 Fax

**ATTORNEYS FOR DEFENDANT
BRAUM'S, INC.**

# EXHIBIT 9

000031

### Record of Which Parties Have Requested a Jury Trial in the Action

Plaintiff has demanded a jury trial.

Respectfully submitted,

**SCOTT A. SHANES**
State Bar No. 00784953
sshanes@clarkhill.com
**DANIEL P. TROIANO**
State Bar No. 24106520
dtroiano@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
(469) 287-3900
(469) 287-3999 Fax

**ATTORNEYS FOR DEFENDANT
BRAUM'S, INC.**

000032

# EXHIBIT 10

**Name and Address of Court from which the Action is Removed**

The following is the name and address of the State court from which the civil action titled *Shannon Milburn v. Braum's, Inc.*, Cause No. 141-325957-21, and commenced in the 141st District Court of Tarrant County, Texas (the "Action"), is being removed to the United States District Court for the Northern District of Texas, Fort Worth Division:

> 141st District Court of Tarrant County, Texas
> Tom Vandergriff Civil Courts Building
> 3rd Floor
> 100 North Calhoun Street
> Fort Worth, TX 76196

Respectfully submitted,

**SCOTT A. SHANES**
State Bar No. 00784953
sshanes@clarkhill.com
**DANIEL P. TROIANO**
State Bar No. 24106520
dtroiano@clarkhill.com
**CLARK HILL PLC**
2600 Dallas Parkway, Suite 600
Frisco, TX 75034
(469) 287-3900
(469) 287-3999 Fax

**ATTORNEYS FOR DEFENDANT
BRAUM'S, INC.**